UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIY RICHKO, Petitioner, v. CHRISTOPHER J. LaROSE, Senior Warden, Otay Mesa Detention Center, Respondent. | Case No.: 26-cv-3611-RSH-DDL **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On June 18, 2026, petitioner Georgiy Richko filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The legal basis for the Petition is unclear, but Petitioner implies that he has been held without a bond hearing. *See id.* at 7 ("No administrative or jud[i]cial mechanism was provided to challenge detention before filing [the] Habeas Petition."). On June 30, 2026, Respondents filed a return stating that they do not oppose a bond hearing for Petitioner pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 3.

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing for petitioner Georgiy Richko pursuant to 8 U.S.C. § 1226(a) within ***fourteen (14) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release, on the grounds that

the Petition does not establish a basis for that relief.

**IT IS SO ORDERED**.

Dated: July 6, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge